Filed 1/3/24  P. v. Lugo CA2/7

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE, | B328865 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. VA151601) |
| v. | |
| HENRY LEONARD LUGO, | |
| Defendant and Appellant. | |

APPEAL from a judgment order of the Superior Court of Los Angeles County, Roger T. Ito, Judge.  Affirmed.

Edward H. Schulman, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————

# INTRODUCTION

A jury convicted Henry Leonard Lugo on one count of first degree murder, one count of second degree murder, and one count of possession of a firearm by a felon. The jury found true the special-circumstance allegation Lugo committed multiple murders and the allegation he personally used and intentionally discharged a firearm causing great bodily injury or death. We appointed counsel to represent Lugo on appeal. After reviewing the record, counsel for Lugo did not identify any arguable issues. Nor, after reviewing the record, have we. Therefore, we affirm.

## FACTUAL AND PROCEDURAL BACKGROUND

On the evening of August 25, 2017 Lugo attended a party to celebrate a peace treaty between rival gang members. When a group approached Isaiah Alvarez and asked where he was from, a fight broke out. After Alvarez was knocked unconscious and fell to the ground, Lugo shot and killed him.

On September 14, 2017 Lugo was walking with Ruben Martinez, a fellow gang member, down an alley. Lugo allowed Martinez to walk ahead of him before pulling out a handgun and shooting Martinez six times from behind.

Lugo was arrested on February 14, 2018. In subsequent interviews with the police, Lugo waived his rights under *Miranda v. Arizona* (1966) 384 U.S. 436 and confessed to killing Alvarez and Martinez. On September 17, 2021 the People charged Lugo with one count of first degree murder (Pen. Code, § 187),[1]

---

[1] Statutory references are to the Penal Code.

2

one count of second degree murder (*ibid.*), and one count of possession of a firearm by a felon (§ 29800, subd. (a)(1)).

The jury found Lugo guilty on all counts and found true the special circumstance allegation of multiple murders (§ 190.2, subd. (a)(3)), as well as the allegation Lugo personally used and intentionally discharged a firearm and proximately caused great bodily injury or death. (§ 12022.53, subds. (b), (c), & (d).) The trial court sentenced Lugo to two concurrent terms of life in prison without the possibility of parole, plus two terms of 25 years to life for the firearm enhancements. The trial court also imposed and stayed execution of a term of one year four months on the conviction for possession of a firearm by a felon. Lugo filed a timely notice of appeal.

## DISCUSSION

After reviewing the record, counsel for Lugo filed an opening brief raising no issues. On October 28, 2023 counsel advised Lugo that he intended to file a brief raising no issues and that Lugo had the right to file a supplemental brief. On November 3, 2023 counsel sent Lugo the transcripts of the record of appeal and a copy of the opening brief. On October 30, 2023 we advised Lugo he had 30 days to submit a supplemental brief or letter stating any grounds of an appeal, contentions, or arguments he wanted us to consider. We have not received a response from Lugo.

We have examined the record and are satisfied that appellate counsel for Lugo has complied with his responsibilities and that there are no arguable issues. (See *Smith v. Robbins*

3

(2000) 528 U.S. 259, 277-284; *People v. Kelly* (2006) 40 Cal.4th 106, 118-119; *People v. Wende* (1979) 25 Cal.3d 436, 441-442.)

## DISPOSITION

The judgment is affirmed.


SEGAL, Acting P. J.

We concur:


FEUER, J.


MARTINEZ, J.